ANGIE SPARKS
CLERK DISTRICT COURT

2018 MAR -6 AM 9:44

FILED
BY _____ Deputy

FILED
JUL 26 2018
Clerk, U.S. District Court
District Of Montana
Helena

John C. Doubek
DOUBEK, PYFER & FOX, PC
307 North Jackson
P.O. Box 236
Helena, MT 59624
Telephone: (406) 442-7830
Facsimile: (406) 442-7839

Attorney for Plaintiff

MONTANA FIRST JUDICIAL DISTRICT COURT, LEWIS AND CLARK COUNTY

* * * * * *

| | |
|---|---|
| SIDNEY WILLIAM MEIEROTTO, ) | Case No. CDV 2018-179 |
| ) | CV-18-79-H-SEH |
| Plaintiff, ) | KATHY SEELEY |
| ) | PRESIDING JUDGE |
| vs. ) | COMPLAINT AND |
| ) | DEMAND FOR JURY TRIAL |
| GEICO GENERAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

Plaintiff for his complaint against Defendant alleges the following:

I.

Plaintiff was struck by another vehicle on October 4, 2015, in an alleyway along 1240 Prospect Avenue, in Helena, Montana. At that time, he was walking around the back of his vehicle when he was struck by another vehicle pulling a trailer. The insurance company representing that driver, Charles Lawrence Beaver, paid its policy limits to address the damages and harms suffered by Plaintiff.

II.

At that time, Plaintiff was insured under an insurance policy with Defendant Geico General Insurance Company (hereafter "Geico"), policy number 4178215846.

1

III.

Demand has been made upon Defendant to pay a sum of money pursuant to Plaintiff's policy of insurance with Defendant to address the harms and damages suffered by Plaintiff. The Defendant has failed to respond and pay monies on this claim and thus Defendant has violated its policy of insurance and commitments and promises to Plaintiff.

IV.

Plaintiff believes that Defendant needs to pay its policy limits because his harms and damages far exceed the amount of insurance that even he had pursuant to its underinsurance provisions. Because this constitutes a breach of contract by Defendant, Plaintiff also prays for all attorney fees and costs incidental to this lawsuit.

WHEREFORE, Plaintiff prays for such general, compensatory, and special damages in addition to all contract damages, costs, attorney fees and such other and further relief as the court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues triable as a right by jury.

DATED this 6th day of March, 2018.

DOUBEK, PYFER & FOX, PC

By_____
John C. Doubek
Attorney for Plaintiff