IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| SIDNEY WILLIAM MEIEROTTO, | |
| Plaintiff, | No. CV-18-79-H-SEH |
| vs. | ORDER |
| GEICO GENERAL INSURANCE COMPANY, | |
| Defendant. | |

On July 27, 2018, the Court ordered each party to file a preliminary pretrial statement on or before September 18, 2018, addressing, with strict compliance, each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i)-(iii) and L.R. 16.2(b)(1).[1] Plaintiff's preliminary pretrial statement filed on September 12, 2018,[2] fails to comply with the Court's July 27, 2018, Order.

ORDERED:

Necessary and appropriate revisions to the preliminary pretrial statement

---

[1] Doc. 5 at 3.

[2] Doc. 7.

addressing the deficiencies outlined above shall be filed and served on or before September 24, 2018. Plaintiff shall also file a Statement of Stipulated Facts to which all parties agree on or before September 24, 2018.

DATED this 18th day of September, 2018.

*Sam E Haddon*
SAM E. HADDON
United States District Judge