# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

FILED SEP 24 2018 Clerk, U.S. District Court District Of Montana Helena

| | |
|---|---|
| SIDNEY WILLIAM MEIEROTTO, | |
| Plaintiff, | No. CV-18-79-H-SEH |
| vs. | **ORDER** |
| GEICO GENERAL INSURANCE COMPANY, | |
| Defendant. | |

On July 27, 2018, the Court ordered each party to file a preliminary pretrial statement on or before September 18, 2018, addressing, with strict compliance, each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i)-(iii) and L.R. 16.2(b)(1).[1] Plaintiff's first Preliminary Pretrial Statement filed on September 12, 2018,[2] failed to comply.

Plaintiff filed a second Preliminary Pretrial Statement on September 19, 2018.[3] That statement failed to adequately address <u>within the Preliminary Pretrial</u>

---

[1] Doc. 5 at 3.

[2] Doc. 7.

[3] Doc. 12.

Statement:

1. The name and city and state of current residence of each individual known or believed to have information that may be used in proving or denying any party's claims or defenses as required under L.R. 16.2(b)(1)(J) and by the Court's July 27, 2018, Order.

2. A summary of information known or believed to be known by each individual that may be used in proving or denying any party's claims or defenses as required under L.R. 16.2(b)(1)(J) and by the Court's July 27, 2018, Order.

ORDERED:

Necessary and appropriate revisions to the preliminary pretrial statement addressing the deficiencies outlined above shall be filed and served on or before September 26, 2018.

DATED this 24th day of September, 2018.

SAM E. HADDON
United States District Judge