**FILED**

6/10/2019

Clerk, U.S. District Court
District of Montana
Helena Division

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | | |
|---|---|---|
| SIDNEY WILLIAM MEIEROTTO, | * | No. CV-18-79-H-SEH |
| | * | |
| Plaintiff, | * | **ORDER OF DISMISSAL WITH** |
| v. | * | **PREJUDICE** |
| | * | |
| GEICO GENERAL INSURANCE | * | |
| COMPANY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

The parties having filed a Stipulation for Dismissal with Prejudice,

ORDERED:

The above-entitled action is dismissed on the merits, with prejudice, as fully

and finally compromised, each party to pay their own costs.

DATED this _10th_ day of June, 2019.

_Sam E. Haddon_
Sam E. Haddon
United States District Judge